UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO ALEGRE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GILDAN ACTIVEWEAR INC., GLENN J. CHAMANDY and LAURENCE G. SELLYN,<br><br>Defendants. | ) ) ) ) **CIVIL ACTION NO. 08-6144** ) ) ) ) **CLASS ACTION COMPLAINT** ) ) ) ) **JURY TRIAL DEMANDED** ) ) |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Alejandro Alegre hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: July 3, 2008

**BRODSKY & SMITH, LLC**

By:*/s/ Evan J. Smith (ES3254)*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
Seamus Kaskela, Esquire
David M. Promisloff, Esqsuire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (facsimile)

*Attorneys for Plaintiffs*

1