UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CITY OF ST. CLAIR SHORES POLICE AND       :
FIRE RETIREMENT SYSTEM, Individually      :   Electronically Filed
and on Behalf of All Others Similarly Situated, :
                                          :   Civil Action No.: 1:08-cv-05048 (HB)
                         Plaintiff,       :   (ECF Case)
         v.                               :
                                          :   Hon. Harold Baer
GILDAN ACTIVEWEAR INC., GLENN J.          :
CHAMANDY and LAURENCE G. SELLYN,          :
                                          :
                         Defendants.      :
                                          :
---------------------------------------------------------------x

*(Additional Captions on the Following Page)*

**MOTION OF THE INSTITUTIONAL INVESTOR GROUP
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

|  |  |
|---|---|
| ───────────────────────────────x | |
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, on Behalf of Itself and All Others Similarly Situated, | : <br> : <br> : Electronically Filed <br> : <br> : <br> : Civil Action No.: 1:08-cv-05717 (UA) <br> : (ECF Case) |
| Plaintiff, | : |
| v. | : <br> : |
| GILDAN ACTIVEWEAR INC., LAURENCE G. SELLYN, and GLENN J. CHAMANDY. | : <br> : <br> : |
| Defendants. | : <br> : <br> : |
| ───────────────────────────────x | |
| ALEJANDRO ALEGRE, Individually and on Behalf of All Others Similarly Situated, | : <br> : Electronically Filed <br> : |
| Plaintiff, | : Civil Action No.: 1:08-cv-06144 (HB) |
| v. | : (ECF Case) <br> : |
| GILDAN ACTIVEWEAR INC., GLENN J. CHAMANDY and LAURENCE G. SELLYN, | : Hon. Harold Baer <br> : <br> : |
| Defendants. | : <br> : <br> : |
| ───────────────────────────────x | |

PLEASE TAKE NOTICE that class members the Norfolk County Retirement System, City of Pontiac Policemen's and Firemen's Retirement Systems, and City of St. Clair Shores Police and Fire Retirement System (collectively, the "Institutional Investor Group"), by their counsel, hereby move this Court for an Order: (i) consolidating the above-captioned securities fraud actions against Gildan Activewear, Inc.; (ii) appointing the Institutional Investor Group as Lead Plaintiff; (iii) approving the Institutional Investor Group's selection of Labaton Sucharow LLP and Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Institutional Investor Group submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: August 1, 2008                                    Respectfully submitted,

**LABATON SUCHAROW LLP**

By:   */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:   (212) 818-0477

**COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP**
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:   (631) 367-7100
Facsimile:   (631) 367-1173

*Attorneys for the Institutional Investor Group and Proposed Lead Counsel for the Class*