UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
CITY OF ST. CLAIR SHORES POLICE AND : 
FIRE RETIREMENT SYSTEM, Individually : Electronically Filed
and on Behalf of All Others Similarly Situated, : 
: Civil Action No.: 1:08-cv-05048 (HB)
Plaintiff, : (ECF Case)
v. : 
: Hon. Harold Baer
GILDAN ACTIVEWEAR INC., GLENN J. : 
CHAMANDY and LAURENCE G. SELLYN, : 
: 
Defendants. : 
: 
―――――――――――――――――――――――――――x

*(Additional Captions on the Following Page)*

## CERTIFICATE OF SERVICE

|  |  |
|---|---|
| ──────────────────────────────x | |
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, on Behalf of Itself and All Others Similarly Situated, : : : : : | Electronically Filed Civil Action No.: 1:08-cv-0571 (UA) (ECF Case) |
| Plaintiff,   : | |
| v.   : | |
| : | |
| GILDAN ACTIVEWEAR INC., LAURENCE G. SELLYN, and GLENN J. CHAMANDY.  : : | |
| : | |
| Defendants.   : | |
| : | |
| ──────────────────────────────x | |
| ALEJANDRO ALEGRE, Individually and on Behalf of All Others Similarly Situated, : : : | Electronically Filed |
| Plaintiff, : : | Civil Action No.: 1:08-cv-06144 (HB) (ECF Case) |
| v. : | |
| : | |
| GILDAN ACTIVEWEAR INC., GLENN J. CHAMANDY and LAURENCE G. SELLYN, : : | Hon. Harold Baer |
| : | |
| Defendants. : | |
| : | |
| ──────────────────────────────x | |

I, Christopher J. Keller, hereby certify, that on August 1, 2008, I electronically filed true and correct copies of the following documents:

- Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Memorandum of Law in Support of the Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Declaration of Alan I. Ellman in Support of the Motion of the Institutional Investor Group Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

malba@csgrr.com, drosenfeld@csgrr.com, srudman@csgrr.com,

frawleyb@sullcrom.com, and holleys@sullcrom.com.

I also hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following:

David R. Scott
Scott + Scott, LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Boulevard
Mineola, NY 11501

D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz
   & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087

/s/  Christopher J. Keller
Christopher J. Keller (CK-2347)